UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14039-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JAFAR MOHAMMAD FALASIRI

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on March 21, 2012. A Report and Recommendation was filed on April 9, 2012, (D.E.#65), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count One of the Second Superseding Information, which charges the Defendant with Conspiracy to Violate the International Emergency Economic Powers Act, the Iranian Trade Embargo and the Iranian Transactions Regulations in violation of Title 50, United States Code, Sections 1705; Title 22 United States Code, Sections 8512(b) and (c); Title 21 United States Code, Section 952(a); and Title 18 United States Code, Section, 371.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of May, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office